JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. | No. ED CV 17-02563-PA (DFM) <br><br> JUDGMENT |

Pursuant to the Memorandum Opinion and Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: January 19, 2018

_____
PERCY ANDERSON
United States District Judge